IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOANNE RIDDLE f/k/a JOANNE MOYER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 2:06-00004 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Pending before the Court is Plaintiff Joanne Riddle's Motion For Summary Judgement[1] ("Plaintiff's Motion") (Doc. No. 11), to which Defendant filed a Response (Doc. No. 20). On March 9, 2009 Magistrate Judge Knowles ("Magistrate Judge") issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied and the decision of the Commissioner of Social Security ("Commissioner" or "Defendant") be affirmed. (Doc. No. 23). Plaintiff has not filed any objections to the Report. Upon thorough review of the Administrative Record and the Report, the Court hereby **ADOPTS** the Magistrate Judge's Report in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this the ___25th___ day of March, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Magistrate Knowles directed Plaintiff to file a motion for judgment on the administrative record (Doc. No. 9 at 1 and 4), however Plaintiff referred to her filing as a "Motion For Summary Judgment."